No. 476. MINNESOTA MOLINE PLOW COMPANY ET AL., PETITIONERS, *v.* DOWAGIAC MANUFACTURING COMPANY. November 3, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles M. Peck* and *Mr. Lysander Hill* for the petitioners. *Mr. George A. Prevost, Mr. J. H. Whitaker* and *Mr. Fred L. Chappell* for the respondent.

---

No. 371. CHARLES P. CHISOLM ET AL., PETITIONERS, *v.* ZACHARIAH JOHNSON. November 10, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John W. Griggs* and *Mr. Gustav Bissing* for the petitioners. *Mr. Robert S. Taylor* for the respondent.

---

No. 434. J. HASELTINE CARSTAIRS ET AL., PETITIONERS, *v.* AMERICAN BONDING AND TRUST COMPANY OF BALTIMORE CITY. November 10, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Joseph DeF. Junkin* for the petitioners. *Mr. Francis B. Bracken* for the respondent.

---

No. 481. ADAM FOERSTER ET AL., PETITIONERS, *v.* UNITED STATES. November 10, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Joel W. West* for the petitioners. *Mr. Solicitor General Richards* for the respondent.

---

No. 483. W. A. MOORE, PETITIONER, *v.* JAMES H. PARKER ET AL. November 10, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry J. Haynsworth* for the petitioner. *Mr. Fairfax Harrison* for the respondents.